Lowell W. Finson
Phillips & Associates
3030 North Third Street, Suite 1100
Phoenix, AZ  85012
Tel: (602) 258-8900 ext. 295
Fax: (602) 288-1632
E-mail: lowellf@phillipslaw.ws

O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELENE  KRIL, et al.,<br><br>Plaintiff(s)<br>v.<br><br>SMITHKLINE BEECHAM CORPORATION, et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>CV 08-06137-SGL(OPx) |
| | ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of  Lowell W. Finson

———  ,

*Applicant's Name*

of  Phillips & Associates / 3030 North Third Street, Suite 1100, Phoenix, Arizona 85012
*Firm Name / Address*

(602) 258-8900 ext. 295                              lowellf@phillipslaw.ws
*Telephone Number*                                    *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☑ Plaintiff    ☐ Defendant

All plaintiffs in this action

and the designation of  J. Paul Sizemore / 254981
*Local Counsel Designee /State Bar Number*

of      Girardi | Keese / 1126 Wilshire Boulevard, Los Angeles, California  90017
*Local Counsel Firm / Address*

(213) 977-0211                              psizemore@girardikeese.com
*Telephone Number*                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑GRANTED


Dated:  October 23, 2008

*Honorable Stephen G. Larson*
United States District Judge